508 A.2d 1196

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Gregory CLARK.**

Supreme Court of Pennsylvania.

Argued April 17, 1986.

Decided April 29, 1986.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief/Appeals Div., Richard W. Goldberg, Philadelphia, for appellant.

John W. Packel, Chief/Appeals Div., Peter Rosalsky, Philadelphia, for appellee.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

McDERMOTT, J., dissents.